# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael Horovitz, Doug Nelson, Jennifer Lang, Terry Nelson, Richard Johnston, and Warren Harder in their capacity as Trustees of the Twin City Glaziers Health & Welfare Fund, Stan Mariska, Larry Waller, Doug Nelson, Terry Nelson, Richard Johnston, and Warren Harder in their capacity as Trustees of the Minnesota Glaziers & Allied Trades Retirement Plan and Trust, Robert Swanson, Jeff Schwartz, Thomas Stadler, Terry Nelson, Craig Olson, and Mark Christianson in their capacity as Trustees of the Finishing Trades Institute of the Upper Midwest Trust Fund, Mark Rislund, Neal Finke, Terry Nelson, Scott Thompson, and Mark Christianson in their capacity as Trustees of the Painters and Allied Trades District Council 82 STAR Program Trust, Michael Horovitz, Doug Nelson, Jennifer Lang, Terry Nelson, Richard Johnston, Warren Harder, Stan Mariska, Larry Waller, Jeff Schwartz, Thomas Stadler, Craig Olson, Mark Christianson, Mark Rislund, Neal Finke, and Scott Thompson in their capacity as Fiduciaries of the Labor Management Cooperation Initiative, and the Finishing Trades Institute, | Case No.: 12-CV-444 (RHK/JSM) |

Plaintiffs,

vs.

ACG, Inc., Ford-Metro, Inc., and Swanson Glass, Inc.,

Defendant.

**NOTICE OF MOTION
TO COMPEL
DISCOVERY RESPONSES**

---

TO:   Defendants ACG, Inc., Ford-Metro, Inc., and Swanson Glass, Inc., by and through counsel, Robert G. Benner, Esq., Dunlap & Seeger, P.A., 206 South Broadway, Suite 505, P.O. Box 549, Rochester, MN 55903.

**PLEASE TAKE NOTICE** that the Plaintiffs will bring their Motion to Compel Discovery Responses in the above-captioned matter on **April 1, 2013** at **10:00 a.m.,** or as soon thereafter as counsel can be heard, at a hearing before the Honorable Janie S. Mayeron, United State Magistrate Judge, at the United States Courthouse, Courtroom 6B, 316 North Robert Street, Saint Paul, Minnesota, 55101.

Dated: March 13, 2013                McGRANN SHEA CARNIVAL STRAUGHN
                                     & LAMB, CHARTERED


By ___s/ Amy L. Court_____
        Carl S. Wosmek (Atty. No. 300731)
        Amy L. Court (Atty. No. 319004)
        Christy E. Lawrie (Atty. No. 388832)
800 Nicollet Mall, Suite 2600
Minneapolis, MN  55402
Telephone:  (612) 338-2525

*Attorneys for Plaintiffs*

641347.DOCX