UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Horovitz, Doug Nelson, Jennifer Lang, Terry Nelson, Richard Johnston, and Warren Harder in their capacity as Trustees of the Twin City Glaziers Health & Welfare Fund, Stan Mariska, Larry Waller, Doug Nelson, Terry Nelson, Richard Johnston, and Warren Harder in their capacity as Trustees of the Minnesota Glaziers & Allied Trades Retirement Plan and Trust, Robert Swanson, Jeff Schwartz, Thomas Stadler, Terry Nelson, Craig Olson, and Mark Christianson in their capacity as Trustees of the Finishing Trades Institute of the Upper Midwest Trust Fund, Mark Rislund, Neal Finke, Terry Nelson, Scott Thompson, and Mark Christianson in their capacity as Trustees of the Painters and Allied Trades District Council 82 STAR Program Trust, Michael Horovitz, Doug Nelson, Jennifer Lang, Terry Nelson, Richard Johnston, Warren Harder, Stan Mariska, Larry Waller, Jeff Schwartz, Thomas Stadler, Craig Olson, Mark Christianson, Mark Rislund, Neal Finke, and Scott Thompson in their capacity as Fiduciaries of the Labor Management Cooperation Initiative, and the Finishing Trades Institute,<br><br>   Plaintiffs,<br><br>vs.<br><br>ACG, Inc., Ford-Metro, Inc., and Swanson Glass, Inc.,<br><br>   Defendants. | Case No.: 12-CV-444 (RHK/JSM) |

**MEET-AND-CONFER STATEMENT**

I, Amy L. Court, representing the Plaintiffs, hereby certify that:

1

On January 15, 2013, January 25, 2013, January 28, 2013, January 30, 2103, January 31, 2013, February 8, 2013, February 12, 2013, February 13, 2013, February 14, 2013, February 21, 2013, February 25, 2013 and February 26, 2013, counsel for the parties communicated verbally or electronically in an attempt to resolve the discovery disputes.

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

> ■   Do **not** agree on the resolution of any part of the motion.
>
> €   Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated:  March 13, 2013                     Signature of Party

                                           __s/ Amy L. Court_____

                                           Mailing Address:

                                           800 Nicollet Mall, Suite 2600
                                           Minneapolis, MN 55402
                                           612-338-2525

663061.DOCX

2