UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Horovitz, Doug Nelson, Jennifer Lang, Terry Nelson, Richard Johnston, and Warren Harder in their capacity as Trustees of the Twin City Glaziers Health & Welfare Fund, Stan Mariska, Larry Waller, Doug Nelson, Terry Nelson, Richard Johnston, and Warren Harder in their capacity as Trustees of the Minnesota Glaziers & Allied Trades Retirement Plan and Trust, Robert Swanson, Jeff Schwartz, Thomas Stadler, Terry Nelson, Craig Olson, and Mark Christianson in their capacity as Trustees of the Finishing Trades Institute of the Upper Midwest Trust Fund, Mark Rislund, Neal Finke, Terry Nelson, Scott Thompson, and Mark Christianson in their capacity as Trustees of the Painters and Allied Trades District Council 82 STAR Program Trust, Michael Horovitz, Doug Nelson, Jennifer Lang, Terry Nelson, Richard Johnston, Warren Harder, Stan Mariska, Larry Waller, Jeff Schwartz, Thomas Stadler, Craig Olson, Mark Christianson, Mark Rislund, Neal Finke, and Scott Thompson in their capacity as Fiduciaries of the Labor Management Cooperation Initiative, and the Finishing Trades Institute, | Case No.: 12-CV-444 (RHK/JSM) |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ACG, Inc., Ford-Metro, Inc., and Swanson Glass, Inc., | |
| Defendant. | |

I hereby certify that on March 13, 2013, I caused the following documents:

    1.    Plaintiffs' Notice of Motion to Compel Discovery;
    2.    Plaintiffs' Motion to Compel Discovery;

1

3. Plaintiffs' Memorandum of Law in Support of their Motion to Compel Discovery;
4. LR 7.1(f) Word Count Compliance Certificate;
5. Meet and Confer Statement;
6. Affidavit of Carl S. Wosmek with attached Exhibits; and
7. Affidavit of Amy L. Court with attached Exhibits.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert G. Benner   rbenner@dunlaplaw.com, smi@dunlaplaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None


Dated: March 13, 2013                     s/ Terry Kreft
                                          Terry Kreft


665843.DOCX